# Exhibit A

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| Kelly Dunkle<br>2666 Railroad Street<br>Bethel Park, PA 15102<br><br>Plaintiff,<br><br>v.<br><br>Sheetz, Inc.<br>4599 Library Road<br>Bethel Park, PA 15102<br><br>Defendant. | CIVIL DIVISION<br><br>Docket #: GD-20-011651<br><br>**PRAECIPE FOR WRIT OF SUMMONS**<br><br>Filed on behalf of: Plaintiff.<br><br>COUNSEL OF RECORD FOR THIS PARTY:<br><br>David M. Kobylinski, Esquire<br>Pa. ID No.: 92233<br><br>Peter T. Kobylinski, Esquire<br>Pa. ID No.: 309832<br><br>PRAETORIAN LAW GROUP, LLC<br>515 Court Place, Ste 4<br>Pittsburgh, PA 15219<br>(412) 281-6600 |

FILED
2020 NOV 12 PM 1:15
DEPT OF COURT RECORDS
CIVIL DIVISION
ALLEGHENY COUNTY PA

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| Kelly Dunkle, | ) CIVIL DIVISION |
| Plaintiff, | ) Docket #: |
| v. | ) |
| Sheetz, Inc. | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly issue a writ of summons in the above-captioned against matter for Defendant Sheetz, Inc..

Papers may be served at the address set forth.

Respectfully submitted,

PRAETORIAN LAW GROUP, LLC

Peter T. Kobylinski, Esquire

*Counsel for Plaintiff*

Dated: November 11, 2020

2